UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ERNEST L. DIXON, )
)
Plaintiff, )
)
v. )  Civil Action No. 08 1811
)
FORMAL DISTRICT OF COLUMBIA )
POLICE, )
)
Defendant. )

## MEMORANDUM OPINION

Plaintiff has filed a *pro se* complaint and an application to proceed *in forma pauperis*. His application will be granted, but his complaint will be dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The complaint is brief. It states that the plaintiff "is suing the formal District of Columbia Police for repossession of my mansion at 1600 Pennsylvania Avenue[,] Washington, D.C. I want everyone to leave the keys and vacate my premises. Thank you." (Compl. at 1.)

Where a plaintiff is proceeding *in forma pauperis*, a court is obligated to review the complaint and dismiss it if it is frivolous. This complaint presents the sort of "fantastic and delusional scenario" that warrants immediate dismissal, *Neitzke v. Williams,* 490 U.S. 319, 327 (1989), and will be dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

A related Order accompanies this Memorandum Opinion.

Date: 9/18/08

/s/
United States District Judge